## Commonwealth *v.* Jones, Appellant.

Submitted September 9, 1969. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Richard A. Devlin,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kepiro, Appellant.

Argued September 15, 1969. *Frank J. Marcone,* for appellant; *A. Thomas Parke, III,* Assistant District Attorney, with him *William H. Lamb,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.